UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,  __
    Government _X_

v.                               Case No.  2:07-cr-105-FtM-29DNF

SHARON JOHNSTON           __  Evidentiary
                             _X_  Trial
                             __  Other
    Defendant  __

## **EXHIBIT LIST**

| Ex. Number | Description |
|---|---|
| N-1 | Receipt reflecting Schaible's (AKA Marcus Damm's) 6/11/2007 office visit with Defendant |
| N-1 | Xanax Rx |
| N-1 | Roxicodone Rx |
| N-2 | Audio recording of Schaible's (AKA Marcus Damm's) 6/11/2007 office visit with Defendant |
| N-3 | Receipt reflecting Baginski's (AKA Amber Needles') 6/27/2007 office visit with Defendant |
| N-5 | Receipt reflecting Schaible's (AKA Marcus Damm's) 7/5/2007 office visit with Defendant |
| N-5 | Xanax Rx |
| N-5 | Methadone RX |
| N-6 | Audio recording of Schaible's (AKA Marcus Damm's) 7/5/2007 office visit with Defendant |
| N-7 | Receipt reflecting Donald McDougall's (AKA Donald Neiczticz's) 7/10/2007 office visit with Defendant |
| N-7 | Roxicodone Rx |
| N-7 | Flexeril RX |

| | |
|---|---|
| N-7 | Neurontin Rx |
| N-8 | Patient file for Baginski (AKA Amber Needles) containing copies of Rxs, physician progress notes of Baginski's medical exam, fake BCBSF insurance card, and patient history sheet completed by Baginski |
| N-9 | Patient file for McDougall (AKA Donald Neiczticz) containing copies of Rxs, physician progress notes of McDougall's medical exam, and fake BCBSF insurance card |
| N-10 | Patient file for Schaible (AKA Marcus Damm) containing copies of Rxs and physician progress notes of Schaible's medicals exams |
| N-11 | Patient file for Wedanand and Radjwante Punwasi |
| N-15 | Photos of Defendant's medical office taken at the time of search on 8/21/2007 |
| N-16 | Composite of multiple patient Rxs and field interview report |
| N-17 | Rx for patient Peter Tanacs |
| N-18 | Collier County Sheriff's Office Alert directing Defendant not to prescribe any Schedule II Rxs to any person |
| N-19 | Audio recording of 11/29/2007 interview of Defendant's office manager, Christina Abner |