UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**FILED** In Open Court

Date: 03/21/08    Time: _____

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA

__USA__
Plaintiff(s)

VS.

__Sharon Johnston__
Defendant(s)

CASE NO: 2:07-CR-105-FTM-29DNF

___ Evidentiary
_X_ Trial
___ Other _____

___ Plaintiff's
_X_ Government's
___ Defendant's
___ Court's

EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1A | 03/18/08 | 03/18/08 | Mark Schaible | Receipt 6/11/07 Mark Schaible's visit |
| 1B | 03/18/08 | 03/18/08 | Mark Schaible | Xanax Rx 6/11/07 |
| 1C | 03/18/08 | 03/18/08 | Mark Schaible | Roxicodone Rx 6/11/07 |
| 2 | 03/18/08 | 03/18/08 | Mark Schaible | Audio recording of Schaible's 6/11/07 office vis. |
| 3A | 03/18/08 | 03/18/08 | Amber Baginski | Receipt reflecting Amber Baginski's 6/27/07 office visit |
| 3B | 03/18/08 | 03/18/08 | Amber Baginski | Roxicodone Rx for Amber Baginski dated 6/27/07 |
| 4 | 03/18/08 | 03/18/08 | Mark Schaible | Transcript of Office visit of Schaible 6/11/07 |
| 5A | 03/18/08 | 03/18/08 | Mark Schaible | Receipt 7/5/07 office visit - Mark Schaible |
| 5B | 03/18/08 | 03/18/08 | Mark Schaible | Xanax Rx 7/5/07 |
| 5C | 03/18/08 | 03/18/08 | Mark Schaible | Methadone Rx |
| 6A | 03/18/08 | 03/18/08 | Mark Schaible | Audio Recording |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

__USA__
Plaintiff(s)

VS.

__Sharon Johnston__
Defendant(s)

CASE NO: 2:07-CR-105-FTM-29DNF

___ Evidentiary
_X_ Trial
___ Other _____

___ Plaintiff's
_X_ Government's
___ Defendant's
___ Court's

EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 6B | 03/18/08 | 03/18/08 | Mark Schaible | Transcript of Mark Schaible's Second office visit 7/5/07 |
| 7A | | | | |
| 7B | | | | |
| 7C | | | | |
| 7D | | | | |
| 8 | 03/19/08 | 03/19/08 | Christina Abner | Patient File For Amber Baginski |
| 9 | 03/19/08 | 03/19/08 | Christina Abner | Patient File For Donald McDougall |
| 10 | 03/19/08 | 03/19/08 | Christina Abner | Patient File For Mark Schaible |
| 11 | 03/18/08 | 03/18/08 | Mark Schaible | Photos of Defendant's medical office on 8/21/07 |
| 12 | ID 03/19/08 | | Richard Hood | |
| 13 | | | | |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

__USA_____
Plaintiff(s)

VS.

__Sharon Johnston__
Defendant(s)

CASE NO: 2:07-CR-105-FTM-29DNF

___ Evidentiary
_✓_ Trial
___ Other _____

___ Plaintiff's
_✓_ Government's
___ Defendant's
___ Court's     EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | 03/19/08 | 03/19/08 | Richard Hood | DEA License of Richard Hood |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |