UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                             2:07-cr-105-FtM-29DNF

SHARON JOHNSTON

_____

**OPINION AND ORDER**

This matter comes before the Court on Defendant's Renewed Motion for Judgment of Acquittal, or in the Alternative, Motion for New Trial (Doc. #76) filed on April 4, 2008. The government filed a Response (Doc. #78) on April 11, 2008.

Defendant renews her motion for judgment of acquittal under FED. R. CRIM. P. 29(c), arguing that there is insufficient evidence to sustain the verdicts. Contrary to defendant's arguments, the Court finds the jury verdicts to be neither capricious or irrational. The Court finds that there was ample evidence from which a reasonable jury could find defendant's guilt beyond a reasonable doubt. Accordingly, defendants Renewed Motion for Judgment of Acquittal is denied.

Defendant requests a new trial pursuant to FED. R. CRIM. P. 33 on the ground that the interest of justice requires a new trial. In deciding a motion for new trial, the trial court is allowed to weigh the evidence and determine credibility for itself. The Court paid close attention to the testimony of all the witnesses in this

interesting case. As in virtually every case, the government's evidence was not without defects and was ably challenged by defense counsel. The Court's evaluation of the weight to be given the various witnesses simply does not coincide with that suggested by defendant. The Court found the witnesses credible, and found the testimony justified the verdicts reached by the jury. While the evidence was disputed, in the Court's view the jury verdicts are fully supported by credible evidence.

The Court also rejects defendant's arguments that it erred in allowing testimony that a search warrant was executed, or in allowing certain cross examination of defendant's expert Dr. Thomas Romano, or in refusing a cautionary instruction concerning certain evidence. The admission of evidence is within the sound discretion of the trial court, and the Court upon reflection finds no evidentiary error.

The Court also finds that the evidence of defendant's guilt is not insufficient as a matter of law, and is not contrary to the greater weight of the evidence. Further, the Court finds that the guilty verdicts are not contrary to the law or the evidence. Finally, the court finds that its jury instructions were proper and adequately covered the pertinent issues.

Accordingly, it is now

**ORDERED:**

Defendant's Renewed Motion for Judgment of Acquittal, or in the Alternative, Motion for New Trial (Doc. #76) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __16th__ day of April, 2008.

_____
JOHN E. STEELE
United States District Judge

Copies:
AUSA Molloy
Counsel of Record