UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                    2:07-cr-105-FtM-29DNF

SHARON JOHNSTON

_____


**OPINION AND ORDER**

This matter comes before the Court on Defendant's Motion for Bond Pending Sentencing (Doc. #75) filed on April 4, 2008.  The government filed a Response (Doc. #77) in opposition on April 9, 2008.

Defendant was convicted by a jury of four counts of unlawfully dispensing quantities of Schedule II and Schedule IV controlled substances.  Under this circumstance, defendant shall be detained unless the court finds (1)(a) there is a substantial likelihood that a motion for acquittal or new trial will be granted, or (b) the attorney for the government has recommended that no sentence of imprisonment be imposed, and (2) clear and convincing evidence establishes that defendant is not likely to flee or pose a danger to the safety of any other person or the community if released.  18 U.S.C. § 3143(a)(2).  By separate order the Court has denied defendant's motion for judgment of acquittal or new trial.  The government asserts that it will recommend a sentence of imprisonment.  Therefore neither component of the first statutory

requirement is satisfied, and defendant is not eligible for release under § 3143(a)(2).

Defendant also seeks release under the extraordinary circumstances provision of § 3145(c). Assuming this appeal provision is applicable, it requires defendant to clearly show that there are exceptional reasons why detention would not be appropriate. Defendant has not made such a clear showing. A very preliminary Sentencing Guidelines calculation would suggest a range of 41 to 51 months imprisonment. The Court does not doubt that defendant finds the conditions of a county jail disconcerting and unpleasant, but this is not sufficient to warrant the release of a defendant after conviction for four drug offenses who would not otherwise be eligible for release. Defendant has not shown that the need to properly close her medical practice or her other circumstances constitute an extraordinary circumstance.

Accordingly, it is now

**ORDERED:**

Defendant's Motion for Bond Pending Sentencing (Doc. #75) is **DENIED.**

**DONE AND ORDERED** at Fort Myers, Florida, this __17th__ day of April, 2008.

_____
JOHN E. STEELE
United States District Judge

Copies:
Counsel of Record